

# Fourth Court of Appeals
## San Antonio, Texas

April 25, 2019

No. 04-19-00136-CV

**IN THE INTEREST OF J.M.L.T., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00621
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from a trial court's order terminating appellant Father's parental rights. Father's brief was due on April 23, 2019, and on April 22, 2019, counsel for Father filed a motion requesting an extension of time of twenty days. In his motion, Father's counsel states he needs more time to prepare the brief due to workload obligations.

After consideration, we **GRANT** counsel's motion for extension of time to file a brief and **ORDER** that counsel file his brief **on or before May 13, 2019**. Counsel is reminded that this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Accordingly, any delay in the filing of the brief encroaches upon our time for disposition, and further requests for extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court